IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

v.                                        Case No. 20-mj-50

HAMIN WILLIAMS,

                Defendant.

---

COMPLAINT FOR VIOLATION OF TITLE 18, UNITED STATES CODE,
SECTION 922(g)(1)

---

BEFORE United States Magistrate Judge      United States District Court
Stephen L. Crocker                             120 North Henry Street
                                                         Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

### COUNT 1

On or about April 24, 2020, in the Western District of Wisconsin, the defendant,

HAMIN WILLIAMS,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Davis, .32 caliber pistol, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

This complaint is based on the attached affidavit of Michael Aalto.

/s/

MICHAEL AALTO
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me [TELEPHONICALLY] this 28TH day of April 2020.

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge

COUNTY OF DANE              )
                            ) ss
STATE OF WISCONSIN          )

## AFFIDAVIT

I, Michael Aalto, first being duly sworn under oath, hereby depose and state as follows:

1. I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been employed as an ATF Agent since 2004. As part of my duties, I investigate violations of the federal firearms laws.

2. I am an investigator or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

3. This affidavit is submitted in support of a criminal complaint charging Hamin Williams, B/M, DOB: 09/29/1982, with a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

4. This affidavit is submitted for the limited purpose of supporting the issuance of the criminal complaint and, as such, does not set forth all the details of the investigation.

5. This affidavit is based upon my review of local law enforcement officers reports, which were prepared during the course of their official duties, all of whom I believe to be truthful and reliable.

6. At approximately 10:00 a.m., on April 24, 2020, Madison Wisconsin Police Department officers and detectives were looking for Hamin Williams, to

3

arrest him on several outstanding warrants. Williams was wearing a GPS monitoring device. Officers located Williams standing outside of a car on Mesa Court, in the City of Madison. When officers approached, Williams got in the car and drove away, traveling through yards. Williams eventually entered a relative's apartment, and it took some time for him to surrender.

7. It had rained on April 23, 2020, and it did not stop raining until approximately 8:00 a.m., on April 24. Therefore, the vehicle Williams drove through the yards left noticeable tire tracks along his route of travel. Officers followed the tire tracks through the muddy yards and at approximately 10:12 a.m., an officer noticed a black scale and a roll of plastic bags near the tracks. The officer returned to retrieve the items at 11:12 a.m., after Williams was in custody. Nearby, the officer also recovered a loaded Davis, .32 caliber pistol and approximately 24 grams of suspected heroin, right next to the vehicle tire track. All of the recovered items were dry, and were on the driver's side of the vehicle's route. Along the same route, officers recovered suspected marijuana, which was also dry.

8. According to the National Crime Information Center (NCIC), in Cook County Illinois Case Number 2001CR035640, Hamin Williams, B/M, DOB: 09/28/1982, was convicted on March 18, 2002, of felony Aggravated Vehicle Hijacking/Firearm and Unlawful Possession Weapon by Felon. He was sentenced to 22 years in prison. Recently, he was convicted in Rock County

4

Wisconsin Circuit Court Case Number 2019CF505 of felony Vehicle Operator Flee/Elude.

12. I have specialized training in firearms identification and I know that the Davis, .32 caliber pistol was not manufactured in Wisconsin.

13. For the foregoing reasons, I believe that there is probable cause to believe that Hamin Williams, possessed a firearm, knowing he is a felon, in violation of 18 U.S.C. § 922(g)(1).

/s/

MICHAEL AALTO
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

~~Subscribed to and~~ sworn before me [TELEPHONICALLY] this 28th day of April 2020.

Honorable Stephen L. Crocker
United States Magistrate Judge